**Order entered March 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00125-CV

### WILLIAM RICHARDSON, Appellant

### V.

### TWIN PEAKS INVESTMENT LLC, FRONT BURNER RESTAURANTS GP LLC, BRENT STROMAN, MANUEL CHAVEZ, PARNELL MCNAMARA AND JOHN DOE, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. MDL-16-00001**

## ORDER

Before the Court is the Dallas County District Clerk's February 28, 2019 request for an extension of time to file the clerk's record. She explains the extension is necessary because appellant has not responded to her requests to designate the filings that should be included in the record.

We **GRANT** the request to the extent we **ORDER** a record that complies with Texas Rule of Appellate Procedure 34.5(a) be filed no later than April 1, 2019. *See* TEX. R. APP. P. 34.5(a).

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE